# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JONEL SNIDER,
              Plaintiff,

v.                                    Case No. 25-CV-980

FRANK J BISIGNANO,
Commissioner of Social Security,

              Defendant.

## ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

The plaintiff recently filed a complaint against the Commissioner of the Social Security Administration. Accompanying Jonel Snider's complaint was a Request to Proceed in District Court without Prepaying the Filing Fee. (ECF No. 3.)

Having reviewed this motion, the court concludes that Snider lacks the resources to pay the filing fee. Accordingly, Snider's Request to Proceed in District Court without Prepaying the Filing Fee is **granted**.

Moreover, the court concludes that at this time Snider's complaint is not subject to dismissal under 28 U.S.C. § 1915(e)(2). Therefore, the Clerk shall serve the Commissioner.

This matter shall proceed in accordance with the schedule set forth in the briefing letter the Clerk of Court shall issue promptly.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 18th day of July, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
